CHRISTINA DENNING, ESQ. (CA Bar No. 211137- Pro Hac Vice Pending)
denningc@higgslaw.com
SCOTT INGOLD, ESQ. (NV Bar No. 11818)
ingolds@higgslaw.com
Higgs Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
T:  619.236.1551
F:  619.696.1410

JAMES HOLTZ, ESQ. (NV Bar No. 8119)
james.holtz@holtzapc.com
LAW OFFICE OF JAMES F. HOLTZ
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: 702.304.1803
F: 702.304.1822

Attorneys for Plaintiff
MARK HUNT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.:<br><br>[FILED UNDER SEAL PURSUANT TO LR IA 10-5; MOTION FOR LEAVE TO FILE UNDER SEAL PENDING] |

**PLAINTIFF MARK HUNT'S APPENDIX OF DOCUMENTS, FILED UNDER SEAL, IN SUPPORT OF HIS COMPLAINT**

Plaintiff MARK HUNT, by and through his undersigned counsel of record, hereby submits the following Appendix of documents, filed under seal, in support

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

112567-00001
7809167.1

PLAINTIFF MARK HUNT'S APPENDIX OF DOCUMENTS

of his Complaint on-file herein.  Plaintiff requests this Court accept these documents for filing under seal, pursuant to the Motion for Leave to File Under Seal, submitted herewith.

**APPENDIX OF DOCUMENTS**

| Exhibit: | Document: |
|---|---|
| **A** | Promotional and Ancillary Rights Agreement between Defendant ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP ("UFC") and Plaintiff MARK HUNT ("HUNT") |
| **B** | UFC 200 Bout Agreement between UFC and HUNT |

DATED:  January 10, 2017              HIGGS FLETCHER & MACK LLP


By: s:/ SCOTT INGOLD
CHRISTINA DENNING, ESQ.
SCOTT INGOLD, ESQ.
Attorneys for Plaintiff
MARK HUNT

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

112567-00001
7809167.1

2

PLAINTIFF MARK HUNT'S APPENDIX OF DOCUMENTS

# EXHIBIT 'A' SUBMITTED UNDER SEAL

EXHIBIT 'A' SUBMITTED UNDER SEAL

EXHIBIT 'B' SUBMITTED UNDER SEAL

EXHIBIT 'B' SUBMITTED UNDER SEAL