CHRISTINA M. DENNING, ESQ. (CA Bar No. 211137)
denningc@higgslaw.com
SCOTT J. INGOLD, ESQ. (NV Bar No. 11818)
ingolds@higgslaw.com
Higgs Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
T:  619.236.1551
F:  619.696.1410

JAMES F. HOLTZ, ESQ. (NV Bar No. 8119)
james.holtz@holtzapc.com
LAW OFFICE OF JAMES F. HOLTZ
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: 702.304.1803
F: 702.304.1822

Attorneys for Plaintiff
MARK HUNT

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00085-JAD-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SERVICE AND EXTENDING TIME TO RESPOND [FIRST REQUESTED TIME EXTENSION]** |

/ / /

/ / /

/ / /

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION AND [PROPOSED] ORDER RE: SERVICE AND EXTENDING
TIME TO RESPOND [FIRST REQUESTED TIME EXTENSION]
Case No.: 2:17-cv-00085-JAD-CWH

IT IS HEREBY STIPULATED by and between Plaintiff MARK HUNT ("HUNT") and defendants ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP ("ZUFFA") and DANA WHITE ("WHITE"), by and through their respective attorneys of record, as follows:

1. Whereas, the above-referenced action was filed on January 10, 2017.

2. Whereas, ZUFFA was served a copy of the summons and complaint in this action, and ZUFFA's response is currently due on February 7, 2017.

3. Whereas, WHITE has not yet been served with a copy of the summons and complaint in this action.

4. Whereas, WHITE and ZUFFA, collectively ("DEFENDANTS") are both represented in this action by undersigned counsel of Campbell & Williams.

Therefore, the parties agree and hereby stipulate:

1. DEFENDANTS' counsel is authorized and agrees to accept service on behalf of WHITE. DEFENDANTS' counsel has received an electronic copy of the complaint by e-mail and HUNT will cause a copy of the same to be sent by standard U.S. mail.

2. ZUFFA and WHITE shall file a single response.

3. ZUFFA's time to respond to the complaint shall be extended from February 7, 2017 to February 28, 2017, such that DEFENDANTS' joint response shall be due on or before February 28, 2017.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

7835893.1

2

STIPULATION AND [PROPOSED] ORDER RE: SERVICE AND EXTENDING TIME TO RESPOND [FIRST REQUESTED TIME EXTENSION]
Case No.: 2:17-cv-00085--JAD-CWH

4. DEFENDANTS waive any objection related to service or absence of a summons.

DATED: February 2, 2017	HIGGS FLETCHER & MACK LLP

By: s:/CHRISTINA M. DENNING
CHRISTINA M. DENNING, ESQ.
SCOTT J. INGOLD, ESQ.
Attorneys for Plaintiff
MARK HUNT

DATED: February 2, 2017	CAMPBELL & WILLIAMS

By: s:/J. COLBY WILLIAMS
J. COLBY WILLIAMS, ESQ.
Attorneys for Defendants ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and DANA WHITE

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

7835893.1

3

STIPULATION AND [PROPOSED] ORDER RE: SERVICE AND EXTENDING TIME TO RESPOND [FIRST REQUESTED TIME EXTENSION]
Case No.: 2:17-cv-00085--JAD-CWH

# ORDER

Pursuant to the Stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that DEFENDANTS' joint response to Plaintiff's complaint is now due on or before **February 28, 2017**.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
HON. CARL W. HOFFMAN
JUDGE, NEVADA DISTRICT COURT

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

7835893.1

4

STIPULATION AND [PROPOSED] ORDER RE: SERVICE AND EXTENDING
TIME TO RESPOND [FIRST REQUESTED TIME EXTENSION]
Case No.: 2:17-cv-00085--JAD-CWH