UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, | Case No. 2:17-cv-00085-JAD-CWH |
|     Plaintiff, | |
| v. | |
| ZUFFA, LLC, et al, | **ORDER** |
|     Defendants. | |

Presently before the Court is Plaintiff's motion to seal (ECF No. 2), filed on January 10, 2017. Defendants did not file a response.

Plaintiff requests leave to file an appendix of documents (ECF No. 2-1) under seal, based on a confidentiality agreement between the parties in this case. Plaintiff argues that filing the appendix under seal would allow him to proceed with this action while not violating the confidentiality agreement.

Generally, the public has a right to inspect and copy judicial records. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Such records are presumptively publicly accessible. *Id.* Consequently, a party seeking to seal a judicial record "bears the burden of overcoming this strong presumption." *Id.* In the case of dispositive motions, the party seeking to seal the record "must articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Id.* at 1178-79 (alteration and internal quotation marks and citations omitted). However, the public's right to access court records does not apply with equal force to non-dispositive materials, such as discovery documents. *Id.* A court may seal such documents based on a particularized showing of good cause. *Id.*

Here, the Court finds the parties' confidentiality agreement constitutes a particularized showing of good cause to seal the appendix for use during discovery and other non-dispositive

purposes in this case.  The Court notes that it does not here find compelling reasons to seal the appendix for dispositive purposes should it be re-submitted later on during the course of litigation.

IT IS THEREFORE ORDERED that Plaintiff's motion to seal (ECF No. 2) is GRANTED.

DATED: February 9, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

2