CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants*
*Zuffa, LLC and Dana White*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK HUNT, an individual, | ) Case No. 2:17-cv-00085-JAD-CWH |
| | ) |
| | ) |
| Plaintiffs, | ) **DEFENDANTS ZUFFA, LLC'S** |
| | ) **AND DANA WHITE'S** |
| vs. | ) **CERTIFICATE OF INTERESTED** |
| | ) **PARTIES** |
| ZUFFA, LLC d/b/a ULTIMATE FIGHTING | ) |
| CHAMPIONSHIP, a Nevada limited liability | ) |
| Company; BROCK LESNAR, an individual; | ) |
| and DANA WHITE, an individual; and DOES | ) |
| 1-50, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Pursuant to Local Rule 7.1-1(c), the undersigned counsel of record for Zuffa, LLC and

Dana White, files this Certificate of Interested Parties and certifies that the following may have a

direct, pecuniary interest in the outcome of this case:

- Fertitta Business Management LLC

- DAW Family Trust dated 09/05/06 (as amended 05/30/13)

- Dana and Anne White 2012 Irrevocable Trust dated 12/31/12

- Frank J. Fertitta, III 2006 Irrevocable Trust dated 05/26/06 (as amended 05/30/13)

- Lorenzo J. Fertitta 2006 Irrevocable Trust 05/26/06 (as amended 05/30/13)

*(left margin, vertical text)* CAMPBELL & WILLIAMS ATTORNEYS AT LAW 700 SOUTH SEVENTH STREET, LAS VEGAS, NEVADA 89101 Phone: 702.382.5222 ● Fax: 702.382.0540 www.campbellandwilliams.com

- January Capital, which is owned by Flash Entertainment, FZ-LLC, which is in turn owned by the Executive Affairs Authority of Abu Dhabi

- WME Entertainment Parent, LLC

- SLP IV Basquiat Feeder II, L.P.

- Silver Lake Partners IV DE (AIV III), L.P.

- Silver Lake Technology Investors IV (Delaware II), L.P.

- KKR Cage Aggregator LLC

- MSD Basquiat Investments, LLC

- MSD EIV Private, LLC

- MSD Sports Partners, L.P.

- UFC Co-Investment Holdco LLC

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 1st day of March, 2017.

CAMPBELL & WILLIAMS

By   /s/ J. Colby Williams
    DONALD J. CAMPBELL, ESQ. (#1216)
    J. COLBY WILLIAMS, ESQ. (#5549)
    700 South Seventh Street
    Las Vegas, Nevada 89101
    Tel. (702) 382-5222
    Fax. (702) 382-0540

*Attorneys for Defendants*
*Zuffa, LLC and Dana White*

1

**CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that service of the foregoing **Defendants Zuffa, LLC's**

3  **and Dana White's Certificate of Interested Parties** was served on the 1st day of March, 2017

4  via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

5                                            _/s/ J. Colby Williams_

6                                            An employee of Campbell & Williams

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28