CHRISTINA M. DENNING, ESQ. (CA Bar No. 211137)
denningc@higgslaw.com
SCOTT J. INGOLD, ESQ. (NV Bar No. 11818)
ingolds@higgslaw.com
Higgs Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
T:  619.236.1551
F:  619.696.1410

JAMES F. HOLTZ, ESQ. (NV Bar No. 8119)
james.holtz@holtzapc.com
LAW OFFICE OF JAMES F. HOLTZ
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: 702.304.1803
F: 702.304.1822

Attorneys for Plaintiff
MARK HUNT

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | **Case No.: 2:17-cv-00085-JAD-CWH**<br><br>**ORDER GRANTING NUNC PRO TUNC STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>[ECF No. 17] |

/ / /

/ / /

/ / /

REVISED STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION TO FILE OPPOSITION TO MOTION TO DISMISS
[FIRST REQUESTED TIME EXTENSION]
Case No.: 2:17-cv-00085-JAD-CWH

Higgs Fletcher &
Mack LLP
Attorneys At Law
San Diego

112567-00001
7886588.1

1  IT IS HEREBY STIPULATED by and between Plaintiff MARK HUNT ("HUNT") and defendants ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP ("ZUFFA") and DANA WHITE ("WHITE"), by and through their respective attorneys of record, as follows:

1. Whereas, on February 28, 2017, WHITE and ZUFFA, collectively ("DEFENDANTS"), filed a Motion to Dismiss the above-referenced action, following HUNT's granting ZUFFA a several-week extension of time to file a first responsive pleading;

2. Whereas, HUNT's opposition to the Motion to Dismiss must be filed on or before March 14, 2017;

3. Whereas, there has been no previous extension of time to file the opposition to DEFENDANTS' Motion to Dismiss;

4. Whereas, the hearing date on this motion is not until May 15, 2017;

5. Whereas, HUNT's counsel represents that the nature and complexity of the issues raised by his complaint on-file in this action and Defendants' Motion to Dismiss warrant additional time to draft an opposition that fairly presents the meritorious legal arguments needed to oppose Defendants' motion to dismiss;

7. Whereas, HUNT's lead counsel, Christina Denning, is currently in a jury trial in the Southern District of California, case number 13-CV-87-LAB (JMA), and will not have an opportunity to meaningfully review and contribute to the final opposition prior to the current date the opposition is due;

Therefore, the parties agree and hereby stipulate:

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
7886588.1

2

REVISED STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION TO FILE OPPOSITION TO MOTION TO DISMISS
[FIRST REQUESTED TIME EXTENSION]
Case No.: 2:17-cv-00085--JAD-CWH

HUNT's time to file an opposition to DEFENDANTS' Motion to Dismiss shall be extended by seven (7) days, such that his opposition shall now be due on or before March 21, 2017.

DATED: March 14, 2017         HIGGS FLETCHER & MACK LLP

                              By: s:/CHRISTINA M. DENNING
                              CHRISTINA M. DENNING, ESQ.
                              SCOTT J. INGOLD, ESQ.
                              Attorneys for Plaintiff
                              MARK HUNT

DATED: March 14, 2017         CAMPBELL & WILLIAMS

                              By: s:/PHILIP R. ERWIN
                              PHILIP R. ERWIN, ESQ.
                              Attorneys for Defendants ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and DANA WHITE

## ORDER

Based on the parties' stipulation **[ECF No. 17]** and with good cause appearing, IT IS HEREBY ORDERED NUNC PRO TUNC that the time for plaintiff Mark Hunt to respond to the defendants' motion to dismiss [ECF No. 11] is **EXTENDED** to **March 21, 2017**.

DATED: March 15, 2017

_____
Jennifer A. Dorsey
United States District Judge

112567-00001
7886588.1

3

REVISED STIPULATION AND [PROPOSED] ORDER RE: EXTENSION TO FILE OPPOSITION TO MOTION TO DISMISS [FIRST REQUESTED TIME EXTENSION]
Case No.: 2:17-cv-00085--JAD-CWH