CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants*
*Zuffa, LLC and Dana White*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual, | Case No. 2:17-cv-00085-JAD-CWH |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS ZUFFA, LLC AND DANA WHITE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| vs. | |
| ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability Company; BROCK LESNAR, an individual; and DANA WHITE, an individual; and DOES 1-50, inclusive, | **(First Request)** |
| Defendants. | |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff Mark Hunt and Defendants Zuffa, LLC and Dana White hereby STIPULATE to extend the time for these Defendants to file a combined Reply in support of their Motion to Dismiss (ECF No. 11) (the "Motion"). Defendants filed their Motion on February 28, 2017; Plaintiff filed his Opposition to the Motion (ECF No. 19) on March 21, 2017; and the Court set this matter for hearing on May 15, 2017 (ECF No. 13). Defendants' Reply is currently due on March 31, 2017. If approved, the forgoing parties have agreed to a one-week extension to file the

Reply, which would make it due on April 7, 2017.  This is the first stipulation seeking to extend the Reply deadline.

Defendants submit that good cause exists to approve the requested stipulation as their lead counsel with responsibility for drafting the Reply will be out of the jurisdiction at the end of this week on another matter, and will not return to the office until Tuesday, April 4, 2017.  Granting the requested one-week extension will provide Defendants with sufficient time to address the numerous arguments raised in the Opposition without the necessity of altering the existing oral argument date, which will still be more than one month away even after accounting for the proposed new Reply date.

DATED:  March 30, 2017

Respectfully submitted,

CAMPBELL & WILLIAMS

By   /s/ *J. Colby Williams*
    J. COLBY WILLIAMS, ESQ. (#5549)
    700 South Seventh Street
    Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Zuffa, LLC and Dana White*

HIGGS FLETCHER & MACK LLP

By   /s/ *Scott J. Ingold*
    SCOTT J. INGOLD, ESQ. (Nev. Bar No. 11818)
    401 West "A" Street, Suite 2600
    San Diego, California 92101

*Attorneys for Plaintiff*
*Mark Hunt*

IT IS SO ORDERED:

By_____
UNITED STATES DISTRICT JUDGE

Dated:  March 30, 2017