CHRISTINA M. DENNING, ESQ. (CA Bar No. 211137)
denningc@higgslaw.com
SCOTT J. INGOLD, ESQ. (NV Bar No. 11818)
ingolds@higgslaw.com
Higgs Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
T: 619.236.1551
F: 619.696.1410

JAMES F. HOLTZ, ESQ. (NV Bar No. 8119)
james.holtz@holtzapc.com
LAW OFFICE OF JAMES F. HOLTZ
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: 702.304.1803
F: 702.304.1822

Attorneys for Plaintiff
MARK HUNT

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00085-JAD-CWH<br><br>**MARK HUNT'S POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT BROCK LESNAR'S REQUEST FOR JUDICIAL NOTICE PURSUANT TO FEDERAL RULES OF EVIDENCE RULE 201** |

///

///

///

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

Case No.: 2:17-cv-00085-JAD-CWH
MARK HUNT'S OPPOSITION TO LESNAR'S
REQUEST FOR JUDICIAL NOTICE

Plaintiff, Mark Hunt ("Hunt"), respectfully requests that this Court deny Brock Lesnar's ("Defendant") Request for Judicial Notice of Exhibits marked A through L. This Court should exclude Defendant's extrinsic evidence because the exhibits were not incorporated by reference, and this Court's consideration of Defendant's motion to dismiss Hunt's complaint should be limited to the pleadings.[1]

## I.
## LEGAL STANDARD

As a general rule, "a district court may not consider any material beyond the pleadings in ruling on a Rule 12(b)(6) motion." *Lee v. City of Los Angeles*, 250 F.3d 668 (9th Cir. 2001) (citing *Branch v. Tunnell*, 14 F.3d 449, 453 (9th Cir. 1994); *see Cervantes v. City of San Diego*, 5 F.3d 1273, 1274 (9th Cir. 1993) (holding when the legal sufficiency of a complaint's allegation is tested by a 12(b)(6) motion, "review is limited to the complaint."). An exception to this general is the doctrine of judicial notice pursuant to Federal Rule of Evidence 201. A court may take judicial notice of "matters of public record" without converting a motion to dismiss into a motion for summary judgment, but may not take judicial notice of a fact that is "subject to reasonable dispute." Fed. R. Evid. 201(b); *Lee*, 250 F.3d at 689 (citing *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 204 (9th Cir. 1986).

## II.
## ARGUMENT

**A.   Judicial Notice Should be Denied or Extremely Limited**

This Court should deny each of Defendant's requests for judicial notice, as discussed fully below. However, to the extent the Court takes judicial notice of any such documents, it should be limited to the mere fact that the documents exist, because the contents of the documents are highly disputed. *See Montana Dep't of Revenue v. Blixseth*, No. 2:13-CV-01324-JAD, 2016 WL 1183084, at *2 (D. Nev. Mar. 28, 2016) (denying request for judicial notice to the extent it seeks judicial notice of the truth of its contents); *see also Carrillo v. Gillespie,* No. 2:12-CV-02165-

---

[1] Hunt incorporates his authority and argument presented in his opposition to UFC Defendants' Request for Judicial Notice.

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

2

Case No.: 2:17-cv-00085--JAD-CWH
MARK HUNT'S OPPOSITION TO LESNAR'S
REQUEST FOR JUDICIAL NOTICE

1  JAD, 2014 WL 1307454, at *7 (D. Nev. Mar. 28, 2014) (holding Court could not take judicial
2  notice of the truth or perjury regarding contents of police officer's sworn statement, because it
3  was "subject to reasonable dispute" (interpreting Fed. R. Evid. 201)).

4  It is unclear whether Defendant's motion addresses incorporation by reference, however
5  the attached exhibits are not properly subject to incorporation by reference because the Complaint
6  does not "necessarily rely upon" the exhibits and their authenticity is contested.  Mere reference
7  to a document is insufficient to incorporate that document by reference into a complaint. *Van
8  Buskirk v. CNN*, 248 F.3d 977, 980 (9th Cir. 2002). Moreover, the availability of a document on
9  the Internet does not make the document "capable of accurate and ready determination by resort
10 to sources whose accuracy cannot be reasonably questioned."

11  **Exhibit A – UFC Anti-Doping Policy**

12  Defendant offers the Anti-Doping Policy ("ADP") arguing it is subject to judicial notice.
13  This argument is flawed because it seems to imply that a source's availability on the Internet
14  makes it unquestionably accurate. It does not. Consideration of the ADP at this point of the
15  litigation would be inappropriate and should not be allowed. Moreover, Defendant has failed to
16  establish either that the ADP is "generally known within the territorial jurisdiction of the district
17  court."  The contents of the ADP cannot be said to be known generally by Nevada residents and
18  the document is published on the UFC's own website, making it subject to reasonable dispute.
19  Should the Court exercise its discretion and take judicial notice of the ADP, it should be only for
20  the mere fact that it exists, not for the truth of its contents. *Lee*, 250 F.3d at 689.

21  **Exhibit B –  June 7, 2016 *Yahoo! Sports* Article**

22  Defendant offers a *Yahoo! Sports* article arguing it is subject to judicial notice. Not only is
23  the article hearsay, the accuracy and truth of its contents is clearly subject to reasonable dispute
24  and should not be considered for the truth of its contents. Again, the article's availability on the
25  Internet does not make it a "source
26  whose accuracy cannot be reasonably questioned."  Moreover, it would be inappropriate for the
27  Court to take judicial notice of the truth of the contents of the article. The article does not meet
28  the requirements for judicial notice, but if the Court were inclined to consider the article, it must

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

3

Case No.: 2:17-cv-00085--JAD-CWH
MARK HUNT'S OPPOSITION TO LESNAR'S
REQUEST FOR JUDICIAL NOTICE

1   only consider the existence of the article.

2   **Exhibit C – Notice of Hearing and Notice of Disciplinary Complaint to Brock Lesnar**
3   **from the Nevada State Athletic Commission**

4   Defendant's argument for judicial notice of this exhibit appears to be based on UFC athletes being subject to the Nevada State Athletic Commission ("NSAC"). This does not meet the requirements for judicial notice as stated above. Nothing in Defendant's argument shows that this exhibit is "generally known" or that it is from an accurate and reliable source that is not subject to reasonable dispute. Moreover, mere reference in the complaint is not enough for this Court to consider the exhibit. Defendant has not proved this exhibit is subject to judicial notice, however, any such consideration should be limited to the existence of the exhibit, not the truth of its contents.

12  **Exhibit D – Brock Lesnar's Answer and Affirmative Defenses to the NSAC**
13  **Complaint**

14  Defendant's argument fails to appropriately apply the doctrine of judicial notice. Athlete penalties under the NSAC does not meet the requirements for judicial notice. Defendant fails to show this exhibit is "generally known" or that it is from an accurate and reliable source that is not subject to reasonable dispute. Should this exhibit be considered, it should not be considered for the truth of its contents, but rather simply acknowledgment that it exists.

19  **Exhibit E – Brock Lesnar's Motion for Continuance dated September 19, 2016**

20  Defendant argues that because the Complaint mentions Lesnar's adjudication under NSAC in passing that it is subject to judicial notice. For the reasons stated above, this Defendant clearly fails to meet the requirement that it be generally known or from a reliable source that is not subject to reasonable dispute.

24  **Exhibit F – Brock Lesnar's Motion for Continuance dated October 25, 2016**

25  Defendant makes the same argument here as in Exhibit E. For the same reasons stated above, this exhibit is not subject to judicial notice and should not be considered by this Court at this early stage of the litigation.

28  **Exhibit G – NSAC Adjudication Agreement and Order**

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

4

Case No.: 2:17-cv-00085--JAD-CWH
MARK HUNT'S OPPOSITION TO LESNAR'S
REQUEST FOR JUDICIAL NOTICE

1       Defendant makes the same argument here as in Exhibit E and Exhibit F.  For the same

2   reasons stated above, this exhibit is not subject to judicial notice and should not be considered by

3   this Court at this early stage of the litigation.

4       **Exhibit H – UFC and USADA Press Release on January 4, 2017**

5       Defendant argues that because a press release is available on the Internet, that it is not

6   subject to reasonable dispute and generally known within the territory.  For the same reasons laid

7   out at length above, this exhibit is not subject to judicial notice and should not be considered by

8   this Court.

9       **Exhibit I – *MMA Fighting* article dated February 14, 2017**

10      Defendant argues that because an article is available online and is "illustrative" of certain

11  facts that it is subject to judicial notice.  Again, Defendant fails to adequately show how this

12  exhibit is generally known or not subject to reasonable dispute.  For the same reasons laid out at

13  length above, this exhibit is not subject to judicial notice and should not be considered by this

14  Court.

15      **Exhibit J – *MMA Fighting* article dated March 4, 2017**

16      Defendant argues that because an article is available online and is "illustrative" of certain

17  facts that it is subject to judicial notice.  Again, Defendant fails to adequately show how this

18  exhibit is generally known or not subject to reasonable dispute.  For the same reasons laid out at

19  length above, this exhibit is not subject to judicial notice and should not be considered by this

20  Court.

21      **Exhibit K – Mark Hunt's Fight History**

22      Defendant offers Mark Hunt's fight history, which is located on the UFC's own website.

23  Again, Defendant fails to adequately show how this exhibit is generally known or not subject to

24  reasonable dispute.  For the same reasons laid out at length above and in Plaintiff's pleadings, this

25  exhibit is not subject to judicial notice and should not be considered by this Court.

26      **Exhibit L – *MMA Fighting* article dated June 9, 2016**

27      Again, Defendant argues that because an article is available online and is "illustrative" of

28  certain facts that it is subject to judicial notice, and fails to adequately show how this exhibit is

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

5

Case No.: 2:17-cv-00085--JAD-CWH
MARK HUNT'S OPPOSITION TO LESNAR'S
REQUEST FOR JUDICIAL NOTICE

1 generally known or not subject to reasonable dispute. For the same reasons laid out at length above, this exhibit is not subject to judicial notice and should not be considered by this Court.

**Exhibit M –** *MMA Fighting* **article dated July 16, 2016**

Again, Defendant argues that because an article is available online, it is subject to judicial notice, and fails to adequately show how this exhibit is generally known or not subject to reasonable dispute. For the same reasons laid out at length above, this exhibit is not subject to judicial notice and should not be considered by this Court

## III.

## CONCLUSION

For the above reasons, Hunt respectfully requests that the Court deny Defendant's request for judicial notice, in its entirety.

DATED: April 12, 2017                    HIGGS FLETCHER & MACK LLP

                                         By: s:/CHRISTINA M. DENNING
                                             CHRISTINA M. DENNING, ESQ.
                                             SCOTT J. INGOLD, ESQ.
                                             Attorneys for Plaintiff
                                             MARK HUNT

112567-00001
7916129.1

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

6

Case No.: 2:17-cv-00085--JAD-CWH
MARK HUNT'S OPPOSITION TO LESNAR'S
REQUEST FOR JUDICIAL NOTICE