PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
-and-
HOWARD L. JACOBS, ESQ.
howard.jacobs@athleteslawyer.com
Law Offices of Howard L. Jacobs
2815 Townsgate Road, Suite 200
Westlake Village, California 91361
Tel: (805) 418-9892
Fax: (805) 418-9899
*Attorneys for Defendant Brock Lesnar*

**CHRISTIANSEN LAW OFFICES**
**810 S. Casino Center Blvd., Suite 104**
**Las Vegas, Nevada 89101**
**702-240-7979 • Fax 866-412-6992**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARK HUNT, an individual,

Plaintiff,

vs.

ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability Company; BROCK LESNAR, an individual; and DANA WHITE, an individual; and DOES 1-50, inclusive,

Defendants.

Case No. 2:17-cv-00085-JAD-CWH

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT BROCK LESNAR TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND TO EXCEED THE TWELVE-PAGE LIMIT FOR THE REPLY**

Pursuant to Local Rules IA 6-1, 6-2, LR 7-1 and LR 7-3 the undersigned counsel of record for Plaintiff Mark Hunt and Defendant Brock Lesnar hereby STIPULATE to extend the time for Mr. Lesnar to file a Reply in support of his Motion to Dismiss (ECF No. 25) (the "Motion") and to exceed the twelve-page limit for the Reply. Mr. Lesnar filed his Motion on

March 23, 2017. Mr. Hunt filed his Opposition to the Motion (ECF No. 42) on April 12, 2017. Mr. Lesnar's Reply is currently due on April 19, 2017. If approved, the forgoing parties have agreed to a one-week extension to file the Reply, which would make it due on April 26, 2017, and that the page-limit for the Reply be extended to no more than 15 pages. This is the first stipulation seeking to extend the Reply deadline and page limitation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

Mr. Lesnar submits that good cause exists to approve the requested stipulation as the requested one-week extension will provide Mr. Lesnar with sufficient time given the Easter holiday weekend and sufficient pages to address the numerous arguments raised by Mr. Hunt in the Opposition.

DATED this 17th day of April, 2017.

CHRISTIANSEN LAW OFFICES

/s/ Kendelee L. Works
By______________________________
PETER S. CHRISTIANSEN, ESQ.
KENDELEE L. WORKS, ESQ.
-and-

HOWARD L JACOBS, ESQ.
THE LAW OFFICES
OF HOWARD L. JACOBS
*Attorneys for Defendant Brock Lesnar*

DATED this 17th day of April, 2017.

HIGGS FLETCHER & MACK LLP

/s/ Christina M. Denning
By______________________________
CHRISTINA M. DENNING, ESQ.
(CA Bar No. 211137)
denningc@higgslaw.com
SCOTT J. INGOLD, ESQ.
(NV Bar No. 11818)
ingolds@higgslaw.com
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
T: 619.236.1551
F: 619.696.1410

-and-

JAMES F. HOLTZ, ESQ.
(NV Bar No. 8119)
james.holtz@holtzapc.com
LAW OFFICE OF JAMES F. HOLTZ
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: 702.304.1803
F: 702.304.1822
*Attorneys for Plaintiff MARK HUNT*

IT IS SO ORDERED:

By______________________________
UNITED STATES DISTRICT JUDGE

Dated:______________________________

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this day, April 17, 2017, a copy of the foregoing document entitled ***STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT BROCK LESNAR TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND TO EXCEED THE TWELVE-PAGE LIMIT FOR THE REPLY*** was filed and served through the Court's electronic filing system (CM/ECF) upon all registered parties and their counsel.

An employee of Christiansen Law Offices