PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
-and-
HOWARD L. JACOBS, ESQ.
howard.jacobs@athleteslawyer.com
Law Offices of Howard L. Jacobs
2815 Townsgate Road, Suite 200
Westlake Village, California 91361
Tel: (805) 418-9892
Fax: (805) 418-9899
*Attorneys for Defendant Brock Lesnar*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability Company; BROCK LESNAR, an individual; and DANA WHITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00085-JAD-CWH<br><br>**DECLARATION OF PETER S. CHRISTIANSEN IN SUPPORT OF DEFENDANT BROCK LESNAR'S REPLY IN SUPPORT OF AMENDED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

I, PETER S. CHRISTIANSEN, declare as follow:

1. I am an attorney duly licensed and admitted to practice before the courts of the state of Nevada. I represent Defendant Brock Lesnar in the above-captioned matter.

/ / /

2. I make this declaration in support of Defendant Brock Lesnar's Reply in Support of Amended Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6). Based on my review of the files and records in this case, I have personal knowledge of the contents of this declaration and could testify thereto.

3. Attached as Exhibit N to Defendant Brock Lesnar's Second Request for Judicial Notice Pursuant to Federal Rules of Evidence Rule 201 is a true and correct copy of a Forbes.com article entitled *UFC Vs. WWE: How Much More Is Real Fighting Worth?*, which is dated July 12, 2016, and reports the $4 Billion sale of the UFC to private investors led by WME-IMG. The sale was announced the very same weekend that Mark Hunt fought Brock Lesnar. The article further details the fact that the UFC has seen an average growth rate of 14.6% over the past ten years. The article is publicly available at: https://www.forbes.com/sites/chrissmith/2016/07/12/ufc-vs-wwe-how-much-more-is-real-fighting-worth/#716a01d850f0.

4. As set-forth in more detail in the accompanying Request for Judicial Notice, the article is integral to the allegations contained in Mr. Hunt's Complaint.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 26th day of April, 2017, in Las Vegas, Nevada.

PETER S. CHRISTIANSEN

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this day, April 26, 2017, a copy of the foregoing document entitled ***DECLARATION OF PETER S. CHRISTIANSEN IN SUPPORT OF DEFENDANT BROCK LESNAR'S REPLY IN SUPPORT OF AMENDED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)*** was filed and served through the Court's electronic filing system (CM/ECF) upon all registered parties and their counsel.

_____
An employee of Christiansen Law Offices