PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
-and-
HOWARD L. JACOBS, ESQ.
howard.jacobs@athleteslawyer.com
Law Offices of Howard L. Jacobs
2815 Townsgate Road, Suite 200
Westlake Village, California 91361
Tel: (805) 418-9892
Fax: (805) 418-9899
*Attorneys for Defendant Brock Lesnar*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK HUNT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability Company; BROCK LESNAR, an individual; and DANA WHITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00085-JAD-CWH<br><br>**DEFENDANT BROCK LESNAR'S JOINDER IN DEFENDANTS ZUFFA, LLC AND DANA WHITE'S MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS [ECF No. 47]** |

Defendant Brock Lesnar hereby submits his Joinder in Defendants Zuffa, LLC and Dana White's Motion to Stay Discovery Pending Ruling on Motion to Dismiss [ECF No. 47] (the "Stay Motion"). Just as Defendants Zuffa, LLC and Mr. White, Mr. Lesnar has also filed a

Motion to Dismiss. Thus, for the reasons set-forth in the Stay Motion, a complete stay of all discovery pending decisions on both motions to dismiss is appropriate.

DATED this 26th day of April, 2017.

CHRISTIANSEN LAW OFFICES

By_____
PETER S. CHRISTIANSEN, ESQ.
KENDELEE L. WORKS, ESQ.

-and-

HOWARD L JACOBS, ESQ.
THE LAW OFFICES
OF HOWARD L. JACOBS
*Attorneys for Defendant Brock Lesnar*

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this day, April 26, 2017, a copy of the foregoing document entitled ***DEFENDANT BROCK LESNAR'S JOINDER IN DEFENDANTS ZUFFA, LLC'S AND DANA WHITE'S MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS [ECF No. 47]*** was filed and served through the Court's electronic filing system (CM/ECF) upon all registered parties and their counsel.

_____
An employee of Christiansen Law Offices