CHRISTINA M. DENNING, ESQ. (CA Bar No. 211137)
denningc@higgslaw.com
SCOTT J. INGOLD, ESQ. (NV Bar No. 11818)
ingolds@higgslaw.com
Higgs Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
T: 619.236.1551
F: 619.696.1410

JAMES F. HOLTZ, ESQ. (NV Bar No. 8119)
james.holtz@holtzapc.com
LAW OFFICE OF JAMES F. HOLTZ
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: 702.304.1803
F: 702.304.1822

Attorneys for Plaintiff
MARK HUNT

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | **Case No.: 2:17-cv-00085-JAD-CWH**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO STAY**<br>**[FIRST REQUEST]** |

///

///

///

STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION TO FILE OPPOSITION TO MOTION TO STAY DISCOVERY
[FIRST REQUEST]
Case No.: 2:17-cv-00085-JAD-CWH

112567-00001
7953291.1

| | |
|---|---|
| 1 | Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, Plaintiff MARK HUNT ("Hunt"), and Defendants ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP ("Zuffa"), DANA WHITE ("White") and BROCK LESNAR ("Lesnar") hereby stipulate to extend the deadline for Hunt to file his Opposition to Zuffa and White's Motion to Stay Discovery [Doc. 47] until May 22, 2017. This is the first such stipulation seeking this relief. This stipulation is based on the following: |

Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, Plaintiff MARK HUNT ("Hunt"), and Defendants ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP ("Zuffa"), DANA WHITE ("White") and BROCK LESNAR ("Lesnar") hereby stipulate to extend the deadline for Hunt to file his Opposition to Zuffa and White's Motion to Stay Discovery [Doc. 47] until May 22, 2017. This is the first such stipulation seeking this relief. This stipulation is based on the following:

Defendants' respective Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [Docs. 11 and 30] and are set to be heard on May 15, 2017 [*See*, Docs. 13 and 46]. Zuffa and White filed a Motion to Stay Discovery on April 20, 2017 [Doc. 47]. Lesnar joined in the Motion to Stay Discovery on April 26, 2017 [Doc. 52].

Counsel for Hunt and counsel for Zuffa and White met and conferred regarding a potential stipulation that may dispose of or limit the scope of the Motion to Stay Discovery. Their meeting and conferring occurred via written correspondence on April 25 and April 27, 2017, and via telephone discussion on May 1, 2017. Counsel for Hunt and counsel for Zuffa and White agreed that they would be in a better position to discuss a potential stipulation that may dispose of or limit the scope of the Motion to Stay Discovery following the May 15, 2017 hearing on the Motions to Dismiss. However, pursuant to LR 7-2(b), Hunt's opposition to the Motion to Stay Discovery is due by May 4, 2017. Therefore, the parties are requesting an extension of time for Hunt to file his opposition to Zuffa and White's Motion to Dismiss (joined by Lesnar) until May 22, 2017, one week following the hearing on Defendants' Motions to Dismiss.

Good cause exists for this Court to extend the date for Hunt to file his opposition to the Motion to Stay Discovery. No hearing date has been given for the Motion to Stay Discovery. Moreover, the parties agree that they are more likely to have productive discussions regarding a potential stipulation that may eliminate the need for or reduce the scope of the Motion to Stay following the May 15, 2017 hearing on Defendants' Motion to Dismiss.

Based on the foregoing, the parties hereby stipulate and request that the Court issue

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
7953291.1

2

STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION TO FILE OPPOSITION TO MOTION TO STAY DISCOVERY
[FIRST REQUEST]
Case No.: 2:17-cv-00085--JAD-CWH

an Order extending the deadline for Hunt to file an opposition to Zuffa and White's Motion to Stay Discovery until May 22, 2017.

DATED: May 2, 2017  HIGGS FLETCHER & MACK LLP

By: */s/ Christina M. Denning*
CHRISTINA M. DENNING, ESQ.
SCOTT J. INGOLD, ESQ.
Attorneys for Plaintiff
MARK HUNT

DATED: May 2, 2017  CAMPBELL & WILLIAMS

By: */s/ J. Colby Williams*
J. COLBY WILLIAMS, ESQ.
PHILIP R. ERWIN, ESQ.
Attorneys for Defendants ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and DANA WHITE

DATED: May 2, 2017  CHRISTIANSEN LAW OFFICES

By: */s/ Kendelee L. Works*
PETER S. CHRISTIANSEN, ESQ.
KENDELEE L. WORKS, ESQ.
Attorneys for Defendants BROCK LESNAR

IT IS SO ORDERED:

BY: _____
UNITED STATES MAGISTRATE JUDGE

DATED: May 4, 2017

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
7953291.1

3

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION TO FILE OPPOSITION TO MOTION TO STAY DISCOVERY [FIRST REQUEST]
Case No.: 2:17-cv-00085--JAD-CWH

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this day, May 2, 2017, a copy of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO STAY [FIRST REQUEST]** was filed and served through the Court's electronic filing system (CM/ECF) upon all registered parties and their counsel.

*/s/ Barbara Lodovice*
Barbara Lodovice
An employee of Higgs Fletcher & Mack LLP

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
7953291.1

4

STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION TO FILE OPPOSITION TO MOTION TO STAY DISCOVERY
[FIRST REQUEST]
Case No.: 2:17-cv-00085--JAD-CWH