CHRISTINA M. DENNING, ESQ. (CA Bar No. 211137)
denningc@higgslaw.com
SCOTT J. INGOLD, ESQ. (NV Bar No. 11818)
ingolds@higgslaw.com
Higgs Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
T: 619.236.1551
F: 619.696.1410

JAMES F. HOLTZ, ESQ. (NV Bar No. 8119)
james.holtz@holtzapc.com
LAW OFFICE OF JAMES F. HOLTZ
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: 702.304.1803
F: 702.304.1822

Attorneys for Plaintiff
MARK HUNT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.: 2:17-cv-00085-JAD-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO STAY**<br>**[SECOND REQUEST]** |

/ / /

/ / /

/ / /

112567-00001
7976795.1

Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, Plaintiff MARK HUNT ("Hunt"), and Defendants ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP ("Zuffa"), DANA WHITE ("White") and BROCK LESNAR ("Lesnar") hereby stipulate to **further** extend the deadline for Hunt to file his Opposition to Zuffa and White's Motion to Stay Discovery [Doc. 47] until May 30, 2017. This Court previously extended the deadline for Hunt to file his Opposition until May 22, 2017, but for the reasons below, this second extension is warranted. This stipulation is based on the following:

Defendants' respective Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) [Docs. 11 and 30] had previously been set to be heard on May 15, 2017 [*See*, Docs. 13 and 46]. Zuffa and White filed a Motion to Stay Discovery on April 20, 2017 [Doc. 47]. Lesnar joined in the Motion to Stay Discovery on April 26, 2017 [Doc. 52].

Counsel for Hunt and counsel for Zuffa and White met and conferred regarding a potential stipulation that may dispose of or limit the scope of the Motion to Stay Discovery. Their meeting and conferring occurred via written correspondence on April 25 and April 27, 2017, and via telephone discussion on May 1, 2017. Counsel for Hunt and counsel for Zuffa and White agreed that they would be in a better position to discuss a potential stipulation that may dispose of or limit the scope of the Motion to Stay Discovery following the hearing on the Motions to Dismiss. However, pursuant to LR 7-2(b), Hunt's opposition to the Motion to Stay Discovery was due by May 4, 2017, whereas the original hearing date on the Motions to Dismiss was May 15, 2017. Therefore, the parties previously stipulated, and this Court previously ordered thereon, that Hunt's opposition would be due May 22, 2017, allowing Hunt one week following the hearing on Defendants' Motion to Dismiss to file and serve his opposition to the Motion to Stay Discovery. [Docs. 54 and 57.]

On May 15, 2017, the date Defendants' Motions to Dismiss were set to be heard, the District Court continued the hearing on the Motions to Dismiss until May 22, 2017. [Doc. 60.] Counsel for Hunt and counsel for Zuffa and White conferred telephonically again on May 15, 2017, and agreed that the deadline for Hunt to file his opposition to

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
7976795.1

2

STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION TO FILE OPPOSITION TO MOTION TO STAY DISCOVERY
[SECOND REQUEST]
Case No.: 2:17-cv-00085-JAD-CWH

1  Defendants' Motion to Stay Discovery should be similarly extended. Given that May

2  29th, one week following the date currently set for the hearing on Defendants' Motions to

3  Dismiss, is the Memorial Day holiday, the parties have agreed to extend the deadline for

4  Hunt's opposition to Defendants' Motion to Stay Discovery until May 30th. Thus, the

5  parties request a **second** extension of time for Hunt to file his opposition to Zuffa and

6  White's Motion to Dismiss (joined by Lesnar) until May 30, 2017, eight days following

7  the new hearing date on Defendants' Motions to Dismiss.

8  Good cause exists for this Court to again extend the date for Hunt to file his

9  opposition to the Motion to Stay Discovery. No hearing date has been given for the

10  Motion to Stay Discovery. Moreover, the parties agree that they are more likely to have

11  productive discussions regarding a potential stipulation that may eliminate the need for or

12  reduce the scope of the Motion to Stay following the hearing on Defendants' Motions to

13  Dismiss, currently set for May 22, 2017.

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
7976795.1

3

STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION TO FILE OPPOSITION TO MOTION TO STAY DISCOVERY
[SECOND REQUEST]
Case No.: 2:17-cv-00085--JAD-CWH

Based on the foregoing, the parties hereby stipulate and request that the Court issue an Order extending the deadline for Hunt to file an opposition to Zuffa and White's Motion to Stay Discovery until May 30, 2017.

DATED: May 17, 2017     HIGGS FLETCHER & MACK LLP

            /s/ Scott J. Ingold
          By:_____
            CHRISTINA M. DENNING, ESQ.
            SCOTT J. INGOLD, ESQ.
            Attorneys for Plaintiff
            MARK HUNT

DATED: May 17, 2017     CAMPBELL & WILLIAMS

            /s/ J. Colby Williams
          By:_____
            J. COLBY WILLIAMS, ESQ.
            PHILIP R. ERWIN, ESQ.
            Attorneys for Defendants ZUFFA, LLC
            d/b/a ULTIMATE FIGHTING
            CHAMPIONSHIP and DANA WHITE

DATED: May 17, 2017     CHRISTIANSEN LAW OFFICES

            /s/ Kendelee L. Works
          By:_____
            PETER S. CHRISTIANSEN, ESQ.
            KENDELEE L. WORKS, ESQ.
            Attorneys for Defendants BROCK
            LESNAR


        IT IS SO ORDERED:

BY: _____
    UNITED STATES MAGISTRATE JUDGE

         May 18, 2017
    DATED: _____

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
7976795.1

4

STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION TO FILE OPPOSITION TO MOTION TO STAY DISCOVERY
[SECOND REQUEST]
Case No.: 2:17-cv-00085-JAD-CWH

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this day, May 17, 2017, a copy of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO STAY [SECOND REQUEST]** was filed and served through the Court's electronic filing system (CM/ECF) upon all registered parties and their counsel.

Melodee Lutjens
An employee of Higgs Fletcher & Mack LLP