CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants*
*Zuffa, LLC and Dana White*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual, | Case No. 2:17-cv-00085-JAD-CWH |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS ZUFFA, LLC AND DANA WHITE TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability Company; BROCK LESNAR, an individual; and DANA WHITE, an individual; and DOES 1-50, inclusive, | **(First Request)** |
| Defendants. | |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff Mark Hunt and Defendants Zuffa, LLC and Dana White hereby STIPULATE to extend the time for these Defendants to file a combined Response to Plaintiff's First Amended Complaint ("FAC") (ECF No. 64). Plaintiff filed the FAC on June 1, 2017. Defendants' response thereto is currently due on June 19, 2017. If approved, the forgoing parties have agreed to a one-week extension for Defendants to file their Response, which would make it due on June 26, 2017. This is the first stipulation seeking to extend the Response deadline.

Defendants submit that good cause exists to approve the requested stipulation as their lead counsel with responsibility for drafting the Response is in several days of long-scheduled depositions this week in another matter. Granting the requested one-week extension will provide Defendants with sufficient time to address the new allegations and new causes of action set forth in the FAC.

DATED: June 13, 2017

Respectfully submitted,

CAMPBELL & WILLIAMS

By /s/ *J. Colby Williams*
J. COLBY WILLIAMS, ESQ. (#5549)
700 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Zuffa, LLC and Dana White*

HIGGS FLETCHER & MACK LLP

By /s/ *Scott J. Ingold*
SCOTT J. INGOLD, ESQ. (Nev. Bar No. 11818)
401 West "A" Street, Suite 2600
San Diego, California 92101

*Attorneys for Plaintiff*
*Mark Hunt*

IT IS SO ORDERED:

By_____
UNITED STATES DISTRICT JUDGE

Dated: 6/13/2017