CHRISTINA M. DENNING, ESQ. (CA Bar No. 211137)
denningc@higgslaw.com
SCOTT J. INGOLD, ESQ. (NV Bar No. 11818)
ingolds@higgslaw.com
Higgs Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
T: 619.236.1551
F: 619.696.1410

JAMES F. HOLTZ, ESQ. (NV Bar No. 8119)
james.holtz@holtzapc.com
LAW OFFICE OF JAMES F. HOLTZ
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: 702.304.1803
F: 702.304.1822

Attorneys for Plaintiff
MARK HUNT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual, | **Case No.: 2:17-cv-00085-JAD-CWH** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS (FIRST REQUEST)** |
| ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual; and DOES 1-50, inclusive, | ECF No. 80 |
| Defendants. | |

/ / /

/ / /

/ / /

1    Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, Plaintiff MARK HUNT ("Hunt"),
2    and Defendants ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP
3    ("Zuffa") and DANA WHITE ("White") hereby stipulate to extend the deadline for Hunt
4    to file his Opposition to Zuffa and White's Motion to Dismiss [Doc. 71], filed June 26,
5    2017, from July 10, 2017 until July 17, 2017. This stipulation is based on the following:

6    Zuffa and White filed their Motion to Dismiss [Doc. 71] on June 26, 2017,
7    following a stipulated extension of time for Zuffa and White to respond to Hunt's First
8    Amended Complaint. Hunt's opposition is presently due July 10, 2017. Hunt, on one
9    hand, and White and Zuffa, on the other, have agreed to extend the date for Hunt to file
10   his opposition one week to July 17, 2017. Hunt submits that good cause exists to extend
11   the date his opposition is due based on the fact that Hunt's lead counsel is out of the office
12   due to a pre-planned vacation, and will not return until after the date Hunt's opposition is
13   due. Hunt's secondary counsel recently returned from a pre-planned vacation, and will be
14   in a deposition that was scheduled several weeks ago on the date the opposition is due.
15   The one-week extension will ensure that Hunt is able to prepare a meaningful and
16   adequate response to White and Zuffa's Motion to Dismiss. Moreover, no hearing date
17   has been set for the Defendants' Motion to Dismiss. This is the first stipulation seeking to
18   extend the deadline for Hunt's opposition to Zuffa and White's Motion to Dismiss.

19   Based on the foregoing, the parties hereby stipulate and request that the Court issue
20   an Order extending the deadline for Hunt to file an opposition to Zuffa and White's
21   Motion to Dismiss until July 17, 2017.

22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
8046436.1

2

STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION TO FILE OPPOSITION TO MOTION TO DISMISS
Case No.: 2:17-cv-00085–JAD-CWH

IT IS SO STIPULATED.

DATED:  July 6, 2017                          HIGGS FLETCHER & MACK LLP

                                              /s/ Scott J. Ingold
                                      By:_____
                                          CHRISTINA M. DENNING, ESQ.
                                          SCOTT J. INGOLD, ESQ.
                                          Attorneys for Plaintiff
                                          MARK HUNT

DATED:  July 6, 2017                          CAMPBELL & WILLIAMS

                                              s/ J. Colby Williams
                                      By:_____
                                          J. COLBY WILLIAMS, ESQ.
                                          PHILIP R. ERWIN, ESQ.
                                          Attorneys for Defendants ZUFFA, LLC
                                          d/b/a ULTIMATE FIGHTING
                                          CHAMPIONSHIP and DANA WHITE

## ORDER

Based on the stipulation between plaintiff and defendants Zuffa, LLC and Dana White [ECF No. 80], which I treat as a joint motion under LR 7-1(c), **IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer Dorsey
July 6, 2017

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
8046436.1

3

STIPULATION AND [PROPOSED] ORDER RE:
EXTENSION TO FILE OPPOSITION TO MOTION TO DISMISS
Case No.: 2:17-cv-00085--JAD-CWH