UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARK HUNT,

      Plaintiff,

  v.

ZUFFA, LLC, et al,

      Defendants.

Case No. 2:17-cv-00085-JAD-CWH

**ORDER**

Presently before the Court is Defendants' motion to seal (ECF No. 74), filed on June 26, 2017. Plaintiffs have not filed a response. Defendants move to seal exhibits 1-8 and 10-11 attached in support of their motion to dismiss (ECF No. 71), arguing that these exhibits contain confidential business information that would harm their business if made public. Upon review, the Court finds good cause to seal these records.

IT IS THEREFORE ORDERED that Defendants' motion to seal (ECF No. 74) is GRANTED.

DATED: July 12, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1