CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants*
*Zuffa, LLC and Dana White*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual, | Case No. 2:17-cv-00085-JAD-CWH |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS ZUFFA, LLC AND DANA WHITE TO FILE REPLIES IN SUPPORT OF MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** |
| vs. | |
| ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability Company; BROCK LESNAR, an individual; and DANA WHITE, an individual; and DOES 1-50, inclusive, | |
| Defendants. | **(First Request)** |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff Mark Hunt and Defendants Zuffa, LLC and Dana White hereby STIPULATE to extend the time for these Defendants to file a combined Reply in support of their Motion to Dismiss First Amended Complaint (ECF No. 71) (the "Motion") and corresponding Request for Judicial Notice (ECF No. 73) (the "Request"). Defendants filed their Motion and Request on June 26, 2017; and Plaintiff filed his Oppositions to the Motion (ECF No. 88) and Request (ECF No. 89) on July 17, 2017. Defendants' Replies are currently due on July 24, 2017. If approved, the

forgoing parties have agreed to a three-day extension to file the Replies, which would make them due on **July 27, 2017**. This is the first stipulation seeking to extend the Reply deadline.

Defendants submit that good cause exists to approve the requested stipulation as their lead counsel with responsibility for drafting the Reply briefs is participating in a three-day evidentiary hearing this week before the Honorable Elizabeth Gonzalez in Case No. A-12-656710-B, which has necessarily limited the amount of time to get the Reply briefs completed. The parties submit that the short extension requested herein is not for purposes of delay and should not interfere with any contemplated hearing on this matter.

DATED: July 24, 2017          Respectfully submitted,

CAMPBELL & WILLIAMS

By   /s/ J. Colby Williams
   J. COLBY WILLIAMS, ESQ. (#5549)
   700 South Seventh Street
   Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Zuffa, LLC and Dana White*

HIGGS FLETCHER & MACK LLP

By   /s/ Scott J. Ingold
   SCOTT J. INGOLD, ESQ. (Nev. Bar No. 11818)
   401 West "A" Street, Suite 2600
   San Diego, California 92101

*Attorneys for Plaintiff*
*Mark Hunt*

IT IS SO ORDERED:

By_____
   UNITED STATES DISTRICT JUDGE

Dated: 7/24/2017