CHRISTINA M. DENNING, ESQ. (CA Bar No. 211137)
denningc@higgslaw.com
SCOTT J. INGOLD, ESQ. (NV Bar No. 11818)
ingolds@higgslaw.com
JOSEPH A. GONNELLA, ESQ. (CA Bar No. 306619)
Higgs Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
T: 619.236.1551
F: 619.696.1410

JAMES F. HOLTZ, ESQ. (NV Bar No. 8119)
james.holtz@holtzapc.com
LAW OFFICE OF JAMES F. HOLTZ
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: 702.304.1803
F: 702.304.1822

Attorneys for Plaintiff
MARK HUNT

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual,<br><br>Plaintiff,<br>v.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | **Case No.: 2:17-cv-00085-JAD-CWH**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE STIPULATED DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER**<br><br>**[FIRST REQUEST FOR EXTENSION]** |

Pursuant to this Court's order and consistent with the Federal Rules of Civil Procedure, rule 26 and Local Rule 26-1, the parties' stipulated discovery plan and

Case No.: 2:17-cv-00085-JAD-CWH

112567-00001
8289057.1

proposed scheduling order is to be filed by December 26, 2017. Plaintiff MARK HUNT ("Hunt"), and Defendants ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP ("Zuffa"), DANA WHITE ("White") and BROCK LESNAR ("Lesnar") hereby stipulate to extend the deadline for parties to file the stipulated discovery plan and proposed scheduling order for ten (10) days, until January 5, 2018. This stipulation is based on the following:

Defendants Lesnar, Zuffa, and White have pending motions to dismiss before the Court. Hunt filed a motion for leave to file a supplemental complaint on December 15, 2017. (ECF No. 100.) Counsel for all parties have conferred via e-mail regarding the stipulated discovery plan and proposed scheduling order. This action will involve a high volume of documents and electronic information. Counsel for Zuffa has advised it will seek a stipulated protective order; Hunt and Lesnar will negotiate in good faith to reach mutually agreeable stipulated protective order. The Court's order on Lesnar's motion to stay discovery, consistent with Hunt's agreement to stay RICO-related discovery, ordered that discovery will be stayed as to Hunt's first and second claims, but shall otherwise proceed on all other claims.

Counsel for all parties intend to meet telephonically to discuss a discovery plan, scheduling, and case-specific issues regarding a stipulated protective order and consideration of crafting a discovery plan subject to the partial discovery stay. The parties request a brief extension to permit lead counsel for all parties to participate in the telephonic conference of counsel, and submit this will facilitate reaching potential discovery agreements and stipulations consistent with F.R.C.P. 26 and LR 26-1. The parties have been unable to coordinate a mutually convenient time for lead counsel to participate in the telephonic conference prior to the Christmas holiday due to calendaring conflicts with other matters and pre-existing travel obligations. The stipulated discovery plan and proposed scheduling order is currently due on December 26, 2017. This is the first request for an extension of time.

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
8289057.1

2

Case No.: 2:17-cv-00085--JAD-CWH

Based on the foregoing, good cause exists and the parties hereby stipulate and request that the Court issue an Order extending the deadline to file the stipulated discovery plan and proposed scheduling order ten (10) days to January 5, 2018.

DATED: December 21, 2017    HIGGS FLETCHER & MACK LLP

By: */s/ Joseph A. Gonnella*
CHRISTINA M. DENNING, ESQ.
SCOTT J. INGOLD, ESQ.
JOSEPH A. GONNELLA, ESQ.
Attorneys for Plaintiff
MARK HUNT

DATED: December 21, 2017    CAMPBELL & WILLIAMS

By: */s/ Philip R. Erwin*
J. COLBY WILLIAMS, ESQ.
PHILIP R. ERWIN, ESQ.
Attorneys for Defendants ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and DANA WHITE

DATED: December 21, 2017    CHRISTIANSEN LAW OFFICES

By: */s/ Howard Jacobs*
HOWARD JACOBS, ESQ.
Attorneys for Defendants BROCK LESNAR

IT IS SO ORDERED:

BY: _____
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2017
_____

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
8289057.1

3

Case No.: 2:17-cv-00085--JAD-CWH

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this day, December 21, 2017, a copy of the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE STIPULATED DISCOVERY PLAN AND PROPOSED SCHEDULING ORDER** was filed and served through the Court's electronic filing system (CM/ECF) upon all registered parties and their counsel.

*/s/ Barbara Lodovice*

Barbara Lodovice
An employee of Higgs Fletcher & Mack LLP

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
8289057.1

4

Case No.: 2:17-cv-00085--JAD-CWH