UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mark Hunt,<br><br>　　　　Plaintiff<br><br>v.<br><br>Zuffa, LLC dba Ultimate Fighting Championship, et al.,<br><br>　　　　Defendants | Case No.: 2:17-cv-0085-JAD-CWH<br><br>**Order Denying Motions to Dismiss**<br><br>[ECF Nos. 68, 71] |

　　　　Plaintiff Mark Hunt sues Zuffa, LLC dba Ultimate Fighting Championship, its President Dana White, and mixed martial artist Brock Lesnar, alleging various tort, contract, and statutory claims. In May 2017, I granted in part the defendants' motions to dismiss the original complaint with leave to amend.[1] Hunt filed an amended complaint, and the defendants moved to dismiss it.[2] Hunt then moved for and obtained leave to file a supplemental complaint.[3] Hunt's supplemental complaint incorporates new and additional allegations into the previously operative complaint. Because those additional allegations may have some bearing on the issues raised in the pending motions to dismiss, and in an effort to avoid a second and separate set of motions addressing the new allegations, I exercise my discretion to manage the docket, and I deny the pending motions to dismiss without prejudice to the defendants' ability to file new motions to dismiss that incorporate and address the new, supplemental complaint by March 23, 2018. I anticipate that defendants might need additional pages to address the new allegations, so good

---

[1] ECF No. 63 (minutes); ECF No. 65 (transcript).

[2] ECF Nos. 68, 71.

[3] ECF No. 108 (order granting leave); ECF NO. 109 (supplemental complaint).

1

cause appearing, I sua sponte give defendants leave to exceed the 24-page limit[4] for their motions by 6 pages, and I similarly extend the plaintiff's response page limit to 30.

Accordingly, IT IS HEREBY ORDERED that the motions to dismiss the amended complaint **[ECF Nos. 68, 71] are DENIED** without prejudice to the defendants' ability to file new motions to dismiss the supplemental complaint [ECF No. 109] by March 23, 2018.

Dated: February 21, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[4] L.R. 7-3(b).