PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
-and-
HOWARD L. JACOBS, ESQ.
howard.jacobs@athleteslawyer.com
Law Offices of Howard L. Jacobs
2815 Townsgate Road, Suite 200
Westlake Village, California 91361
Tel: (805) 418-9892
Fax: (805) 418-9899

*Attorneys for Defendant Brock Lesnar*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK HUNT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability Company; BROCK LESNAR, an individual; and DANA WHITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00085-JAD-CWH<br><br>**DECLARATION OF KENDELEE L. WORKS IN SUPPORT OF DEFENDANT BROCK LESNAR'S MOTION TO DISMISS PLAINTIFF MARK HUNT'S SUPPLEMENTAL COMPLAINT [ECF NO. 109] PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

I, KENDELEE L. WORKS, declare as follow:

1. I am an attorney duly licensed and admitted to practice before the courts of the state of Nevada. I represent Defendant Brock Lesnar in the above-captioned matter.

2. I make this declaration in support of Defendant Brock Lesnar's Motion to Dismiss

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

Plaintiff Mark Hunt's Supplemental Complaint Pursuant to Fed. R. Civ. P. 12(b)(6).  Based on my review of the files and records in this case, I have personal knowledge of the contents of this declaration and could testify thereto.

3. Attached as Exhibit "A" to Defendant Brock Lesnar's Motion to Dismiss Mark Hunt's Supplemental Complaint [ECF No. 109] Pursuant to Fed.R.Civ.P. 12(b)(6), being filed concurrently herewith, is a true and correct copy of this Court's Hearing Transcript from its May 22, 2017 hearing on Defendants' Motions to Dismiss.  As set forth in more detail in the accompanying Request for Judicial Notice, the Hearing Transcript is a public record of this Court and is electronically filed as ECF No. 65.

4. Attached as Exhibit "B" to Defendant Brock Lesnar's Motion to Dismiss Mark Hunt's Supplemental Complaint [ECF No. 109] Pursuant to Fed.R.Civ.P. 12(b)(6), being filed concurrently herewith, is a true and correct copy of the Nevada State Athletic Commission's Official Bout Agreement. It is publicly available at: http://boxing.nv.gov/uploadedFiles/boxingnvgov/content/Licensing/Renewal/SampleBoutAgreementnInstructions.pdf.  As set forth in more detail in the accompanying Request for Judicial Notice, agreement is integral to Mark Hunt's bout agreement with the UFC.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 23rd day of March, 2018, in Las Vegas, Nevada.

_____
KENDELEE L. WORKS

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this day, March 23, 2018, a copy of the foregoing document entitled ***DECLARATION OF KENDELEE L. WORKS IN SUPPORT OF DEFENDANT BROCK LESNAR'S MOTION TO DISMISS PLAINTIFF MARK HUNT'S SUPPLEMENTAL COMPLAINT [ECF NO. 109] PURSUANT TO FED. R. CIV. P. 12(b)(6)*** was filed and served through the Court's electronic filing system (CM/ECF) upon all registered parties and their counsel.

_____
An employee of Christiansen Law Offices