CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendants*
*Zuffa, LLC and Dana White*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK HUNT, an individual, | Case No. 2:17-cv-00085-JAD-CWH |
| Plaintiffs, | **Order Granting Stipulation to Extend Time** |
| vs. | [ECF No. 122] |
| ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability Company; BROCK LESNAR, an individual; and DANA WHITE, an individual; and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff Mark Hunt and Defendants Zuffa, LLC and Dana White hereby STIPULATE to extend the time for these Defendants to file a combined Reply in support of their Motion to Dismiss Plaintiff's Supplemental Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 111) (the "Motion") and related Request for Judicial Notice (ECF No. 113) ("RJN"). Defendants filed their Motion and RJN on March 23, 2018; Plaintiff filed his Oppositions to the Motion and RJN (ECF Nos. 120-121) on April 6, 2018. Defendants' Reply briefs are currently due on April 13, 2018. If approved, the forgoing parties have agreed to a one-week extension to file the Reply

Page 1

briefs, which would make them due on April 20, 2018. This is the first stipulation seeking to extend the Reply deadline.

Defendants submit that good cause exists to approve the requested stipulation as their lead counsel, who has responsibility for drafting the Reply briefs in this action, is scheduled to begin jury selection on Monday, April 16, 2018 in a multi-month trial in the matter styled *Elaine P. Wynn v. Stephen A. Wynn, et al.*, Case No. A-12-656710-B. In anticipation of the April 16 start date, the parties and their respective counsel are involved in pre-trial conferences before the state district court and related pre-trial matters the entire week of April 9, 2018. Granting the requested one-week extension will provide Defendants with sufficient time to prepare Reply briefs that address the numerous arguments raised in the respective Oppositions.

### Order

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parites or their attorneys will be treated---and must be filed---as a joint motion." This stipulation [ECF No. 122] is between the plaintiff and only two of the three defendants in this case. Accordingly, I treat it as a joint motion under LR 7-1(c), find good cause, and **GRANT** the stipulation **[ECF No. 122]**.

Dated: April 12, 2018

_____
U.S. District Judge Jennifer A. Dorsey