SCOTT J. INGOLD, ESQ. (NV Bar No. 11818)
ingolds@higgslaw.com
JOSEPH A. GONNELLA, ESQ. (CA Bar No. 306619)
gonnellaj@higgslaw.com
Higgs Fletcher & Mack LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
T: 619.236.1551
F: 619.696.1410

JAMES F. HOLTZ, ESQ. (NV Bar No. 8119)
james.holtz@holtzapc.com
LAW OFFICE OF JAMES F. HOLTZ
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: 702.304.1803
F: 702.304.1822

Attorneys for Plaintiff
MARK HUNT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00085-JAD-CWH<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>JUDGE: Jennifer A. Dorsey<br>Magistrate Judge: Carl W. Hoffman |

**TO THE HONORABLE JENNIFER A. DORSEY AND ALL PARTIES OF RECORD:**

Plaintiff, MARK HUNT, hereby substitutes Christina A. Denning, Esq., of Denning Moores APC, 12526 High Bluff Drive, Suite 300, San Diego, California 92130; telephone (858) 356-5610 x101; e-mail: denningc@denningmoores.com, as attorney of record in place and stead of: Joseph A. Gonnella, Esq. and Scott J. Ingold of Higgs Fletcher & Mack LLP.

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

112567-00001
8632263.1

Case No.: 2:17-cv-00085-JAD-CWH
SUBSTITUTION OF ATTORNEY

1  DATED: August ___, 2018            _____
2                                      MARK HUNT
                                       *(Party)*
3
4  I consent to the above substitution.
                                       _____
5  DATED: August 7, 2018
                                       JOSEPH A. GONNELLA, ESQ.
6                                      SCOTT J. INGOLD, ESQ.
                                       HIGGS FLETCHER & MACK LLP
7                                      *(Present Attorney)*
8
9  I am duly admitted to practice in this District.
10 Above substitution accepted.
11 DATED: August ___, 2018            _____
12                                     CHRISTINA M. DENNING, ESQ.
                                       DENNING MOORES APC
13                                     *(New Attorney)*
14
15
16 Please check one:  _x_ RETAINED, or ___ APPOINTED BY THE COURT
17
18                                     **APPROVED:**
19 DATED: ___August 17, 2018 _____   _____
20                                     United States Magistrate Judge
21
...
28

112567-00001
8632263.1                              2              Case No.: 2:17-cv-00085-JAD-CWH
                                                      SUBSTITUTION OF ATTORNEY

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this day, August 9th, 2018, a copy of the foregoing document entitled **SUBSTITUTION OF ATTORNEY** was filed and served through the Court's electronic filing system (CM/ECF) upon all registered parties and their counsel.

/s/ Jennifer A. Lindley
Jennifer A. Lindley
An employee of Denning Moores APC

112567-00001
8632263.1

3

Case No.: 2:17-cv-00085-JAD-CWH
SUBSTITUTION OF ATTORNEY

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO