| | |
|---|---|
| 1 | CHRISTINA DENNING, ESQ. (CA Bar No. 211137) |
| 2 | denningc@denningmoores.com |
| | DENNING MOORES, APC |
| 3 | 12526 High Bluff Drive, Suite 300 |
| 4 | San Diego, CA 92130 |
| | T: 858.356.5610 |
| 5 | F: 858.356.5508 |

BRIAN W. BOSCHEE, ESQ. (NV Bar No. 7612)
bboschee@nevadafirm.com
HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY
& THOMPSON
400 S. Fourth St., 3rd Floor
Las Vegas, Nevada 89101
T: 702.791.0308
F: 702.791.1912

Attorneys for Plaintiff
MARK HUNT

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARK HUNT, an individual, | Case No. 2:17-cv-00085-JAD-CWH |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual; and DOES 1-50, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | Please take notice that Plaintiff, Mark Hunt, hereby substitutes Brian |
| 2 | Boschee, Esq., as counsel of record in place of James Holtz, Esq.  All future notices |
| 3 | in this matter should be sent to: |
| 4 | |
| 5 | Brian W. Boschee, Esq. |
| 6 | Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson |
| | 400 S. Fourth St., 3rd Floor |
| 7 | Las Vegas, Nevada 89101 |
| | T: 702.791.0308 |
| 8 | F: 702.791.1912 |
| 9 | Email: bboschee@nevadafirm.com |
| 10 | |
| 11 | DATED:  January 7, 2019         DENNING MOORES, APC |
| 12 | |
| 13 | By:  /s/ Christina Denning |
| | CHRISTINA M. DENNING, ESQ. |
| 14 | Attorneys for Plaintiff |
| | MARK HUNT |
| 15 | |
| 16 | I hereby consent to the Substitution. |
| 17 | DATED:  January 7, 2019 |
| 18 | By:  /s/ Mark Hung |
| 19 | MARK HUNT |
| 20 | |
| 21 | I consent to being substituted |
| 22 | DATED:  January 7, 2019         LAW OFFICE OF JAMES F. HOLTZ |
| 23 | By:  /s/ James Holtz |
| 24 | JAMES F. HOLTZ, ESQ. |
| 25 | |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

I accept to the above substitution

DATED: January 7, 2019        HOLLEY, DRIGGS, WALCH, FINE,
                              WRAY, PUZEY & THOMPSON

                              By:  /s/ Brian Boschee
                                  BRIAN W. BOSCHEE, ESQ.


                     IT IS SO ORDERED:

DATED: January 8, 2019    BY: _____
                               UNITED STATES MAGISTRATE JUDGE

3

Substitution of Attorney

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this day, January 7, 2019, a copy of the foregoing document entitled **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (Second Request)** was filed and served through the Court's electronic filing system (CM/ECF) upon all registered parties and their counsel.

/s/ Bridget Williams
Bridget Williams
An employee of Denning Moores, APC