CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@cwlawlv.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@cwlawlv.com
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

*Attorneys for Defendant*
*Zuffa, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK HUNT, an individual, | Case No. 2:17-cv-00085-JAD-CWH |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT ZUFFA, LLC TO FILE REPLY IN SUPPORT OF RENEWED MOTION FOR ATTORNEYS' FEES AND COSTS** |
| vs. | |
| ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; and DANA WHITE, an individual; and DOES 1-50, inclusive, | **(First Request)** |
| | ECF No. 197 |
| Defendants. | |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff Mark Hunt ("Mr. Hunt") and Defendant Zuffa, LLC ("Zuffa") hereby STIPULATE to extend the time for Zuffa to file its Reply in Support of its Renewed Motion For Attorneys' Fees and Costs (ECF No. 193).  Plaintiff filed his Response to Zuffa's Renewed Motion for Attorneys' Fees and Costs on September 4, 2020 (ECF No. 196), and Zuffa's reply thereto is currently due on September 11, 2020. If approved, the parties have agreed to an approximate seven-day extension of time for Zuffa to file its reply, which would now be due on September 18, 2020.  This is the first stipulation seeking to extend the subject deadline.

Page 1 of 3

Zuffa submits good cause exists to approve the requested stipulation as Zuffa's counsel was traveling out-of-state until after the Labor Day weekend. Zuffa further submits the requested brief extension of time is not interposed for purposes of delay.

DATED this 8th day of September, 2020.

HOLLEY DRIGGS

By /s/ *Brian W. Boschee*
   BRIAN W. BOSCHEE, ESQ. (#7612)
   JESSICA M. LUJAN, ESQ. (#14913)
   400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101

*Attorneys for Plaintiff Mark Hunt*

CAMPBELL & WILLIAMS

By /s/ *J. Colby Williams*
   DONALD J. CAMPBELL, ESQ. (#1216)
   J. COLBY WILLIAMS, ESQ. (#5549)
   PHILIP R. ERWIN, ESQ (#11563)
   700 South Seventh Street
   Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Zuffa, LLC*

IT IS SO ORDERED:

BY: _____
   UNITED STATES DISTRICT JUDGE

DATED: 9-10-2020

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **Stipulation and Order Extending Time for Defendant Zuffa, LLC To File Reply in Support of Renewed Motion for Attorneys' Fees and Costs** was served on the 8th day of September, 2020 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *J. Colby Williams*
An employee of Campbell & Williams