AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Mark Hunt,

                  Plaintiff,

    v.

Zuffa, LLC, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number:  2:17-cv-00085-JAD-VCF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Defendants are awarded $301,792.50 in attorneys' fees and $86,442.72 in costs, for a total of $388,235.22.

3/25/2021
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ M. Reyes
_____
Deputy Clerk