CHRISTINA DENNING, ESQ. (CA Bar No. 211137)
denningc@denningmoores.com
DENNING MOORES, APC
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
T: 858.356.5610
F: 858.356.5508

BRIAN W. BOSCHEE, ESQ. (NV Bar No. 7612)
bboschee@nevadafirm.com
JESSICA M. LUJAN, ESQ. (NV Bar No. 14913)
jlujan@nevadafirm.com
HOLLEY DRIGGS
300 S. Fourth St., Suite 1600
Las Vegas, Nevada 89101
T: 702.791.0308
F: 702.791.1912

*Attorneys for Plaintiff Mark Hunt*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK HUNT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual, and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-00085-JAD-VCF <br><br> **STIPULATION TO EXTEND DISCOVERY DEADLINES** <br><br> **FIRST REQUEST**[1] |

Pursuant to LR IA 6-1, LR IA 6-2, LR II 7-1, and LR II 26-3, Plaintiff Mark Hunt ("Plaintiff"), by and through his undersigned counsel, Defendant Brock Lesnar ("Lesnar"), by and through his undersigned counsel, and Defendants Zuffa, LLC ("UFC") and Dana White ("White"), by and through their undersigned counsel, hereby stipulate, contingent upon this Court's approval to extend the remaining discovery deadlines set forth in the Court's Scheduling Order (ECF No. 215). This is the parties' first request to extend the subject deadlines.

/ / /

---

[1] This is the parties' first request for an extension of the deadlines set forth in the Court's Scheduling Order entered post-remand (ECF No. 215).

A.  **The Discovery Completed to Date:**

In addition to the voluminous written discovery that the parties exchanged and responded to prior to the appeal, the parties have completed the following further discovery post-remand:

| Date | Discovery Event |
|---|---|
| 3/18/2022 | UFC served a subpoena for documents to non-party USADA |
| 3/23/2022 | Lesnar served Interrogatories, Requests for Production, and Requests for Admission on Plaintiff |
| 5/20/2022 | Plaintiff responded to Lesnar's Interrogatories, Requests for Production, and Requests for Admission |
| 7/6/2022 | Plaintiff served a subpoena for documents to non-party USADA |
| 7/15/2022 | The parties disclosed their Initial Designation of Expert Witnesses |
| 8/4/2022 | Plaintiff served Requests for Production to UFC (responses not yet due) |
| 8/15/2022 | Plaintiff disclosed his Initial Expert Reports |
| 8/16/2022 | UFC noticed Plaintiff's deposition (September 16, 2022) |
| 8/18/2022 | Parties confirmed deposition dates for White and non-party Jeff Novitzky (10/27-28, Notices forthcoming) |

In addition to the above events, the parties have engaged at length regarding counsel's and the parties' availability for depositions, as well as the depositions of certain additional non-parties. Given various scheduling conflicts amongst counsel and the parties (and non-parties), as well as the parties' ongoing disagreement regarding the propriety of certain non-party depositions, the parties anticipate the need for an extension of the discovery deadline to accommodate the remaining depositions that remain outstanding. This includes the depositions of Defendant White and non-party Jeff Novitzsky, which depositions are already scheduled to take place after the current close of discovery by necessity of the parties' and counsel's respective availability.

B.  **The Discovery that Remains to be Completed:**

Discovery that remains to be completed includes the depositions of each of the parties and certain non-party percipient witnesses. Additional written discovery may also be appropriate.

C.  **The Reasons Why Specified Discovery Has Yet to Be Completed:**

As stated above, the parties have had difficulty identifying dates, times, and locations that work for all of the parties (and non-parties) and their counsel to take depositions in this matter. This difficulty is exacerbated by Plaintiff's residence in Australia, and by each of the parties'

uniquely busy travel and work schedules. However, the parties have already begun to identify dates that are workable and issued Notices of Deposition accordingly. As such, the parties are requesting an extension of the discovery deadline sufficient to accommodate the various depositions sought by the parties.

**D.     A Proposed Schedule for Completing All Remaining Discovery:**

By this stipulation, the parties agree and request a sixty-day extension of the following deadlines (adjusted as necessary for holidays or weekends) set forth in the Scheduling Order (ECF No. 215):

| Discovery Event | Current Deadline | Extended Deadline |
|---|---|---|
| Amending Pleadings / Adding Parties | July 18, 2022 | **No change** |
| Discovery Completion | October 14, 2022 | **December 13, 2022** |
| Initial Disclosure of Experts | July 15, 2022 | **No change** |
| Initial Disclosure of Expert Reports | August 15, 2022 | **No change** |
| Rebuttal Expert Opinions | September 14, 2022 | **No change** |
| Dispositive Motions | November 14, 2022 | **January 13, 2023** |
| Pre-Trial Order | December 14, 2022 | **February 13, 2023** |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

**E.    Good Cause**

Pursuant to LR IA 6-1(a) and LR II 26-3, good cause exists to extend the deadlines under the Scheduling Order, as the parties have been diligently cooperating to identify dates and locations for the various depositions that must be taken in this matter. Despite various scheduling conflicts amongst counsel and the parties alike, the parties have begun to select firm dates for certain depositions and request the instant extension to accommodate those dates.

/ / /


/ / /

**IT IS SO AGREED AND STIPULATED.**

Respectfully submitted this 24th day of August 2022.

| | |
|---|---|
| **HOLLEY DRIGGS** | **CAMPBELL & WILLIAMS** |
| /s/ Jessica M. Lujan<br>Brian W. Boschee, Esq. (NBN 7612)<br>Jessica M. Lujan, Esq. (NBN 14913)<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101 | /s/ J. Colby Williams<br>J. Colby Williams, Esq. (NBN 5549)<br>Donald J. Campbell, Esq. (NBN 1216)<br>Philip R. Erwin, Esq. (NBN 11563)<br>710 S. Seventh Street, Ste. A<br>Las Vegas, NV 89101 |
| And | *Attorneys for Defendants Zuffa, LLC and Dana White* |
| Christina Denning, Esq.<br>**DENNING MOORES, APC**<br>12526 High Bluff Drive, Suite 300<br>San Diego, CA 92130 | **CHRISTIANSEN TRIAL LAWYERS** |
| *Attorneys for Plaintiff Mark Hunt* | /s/ David Olsen<br>Peter S. Christiansen, Esq. (NBN 5254)<br>Kendelee L. Works (NBN 9611)<br>710 S. Seventh Street, Ste. B<br>Las Vegas, Nevada 89101 |
| | And |
| | David Olsen, Esq. (*pro hac vice*)<br>**HENSON & EFRON, P.A.**<br>225 South Sixth Street, Suite 1600<br>Minneapolis, MN 55402 |
| | *Attorneys for Defendant Brock Lesnar* |

**IT IS SO ORDERED:**

~~UNITED STATES DISTRICT JUDGE~~ /
UNITED STATES MAGISTRATE JUDGE

DATED: 8-26-2022

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, I hereby certify that on August 24th, 2022, a copy of the foregoing document titled **STIPULATION TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** was efiled/emailed to all parties and their counsel.

J. Colby Williams, Esq.
Donald J. Campbell, Esq.
Philip R. Erwin, Esq.
CAMPBELL & WILLIAMS
710 S. Seventh Street, Suite A
Las Vegas NV 89101

*Attorneys for Defendants Zuffa, LLC & Dana White*

Peter S. Christiansen, Esq.
Kendelee L. Works, Esq.
CHRISTIANSEN TRIAL LAWYERS
710 S. Seventh Street, Suite B
Las Vegas NV 89101

&

Howard L. Jacobs, Esq.
Law Offices of Howard L. Jacobs
2815 Townsgate Road, Suite 200
Westlake Village, CA 91361

&

David B. Olsen, Esq.
HENSON & EFRON PA
225 S. Sixth Street, Suite 1600
Minneapolis MN 55402

*Attorneys for Defendant Brock Lesnar*

/s/ Sandy Sell
An employee of HOLLEY DRIGGS