# **EXHIBIT 9**

Deposition Transcript of Brock Lesnar (Excerpts)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

---

MARK HUNT, an individual,

    Plaintiff,

                Case No.: 2:17-cv-00085-JAD-VCF

v.

ZUFFA, LLC d/b/a ULTIMATE FIGHTING
CHAMPIONSHIP, a Nevada limited liability
company; BROCK LESNAR, an individual;
DANA WHITE, an individual, and DOES 1-50,
inclusive,

    Defendants.

---

---

VIDEO-RECORDED DEPOSITION

OF

BROCK E. LESNAR

---

Taken December 7, 2022       By Christine M. Clark, RPR

258

```
 1   APPEARANCES:

 2


 3   DENNING MOORES, APC
     12526 High Bluff Drive, Suite 300
 4   San Diego, California 92130
     Phone:  858.356.5610
 5   Email:  denningc@denningmoores.com

 6   By:  Christina Denning, Esquire
          For Plaintiff
 7


 8
     CAMPBELL & WILLIAMS
 9   710 South Seventh Street, Suite A
     Las Vegas, Nevada 89101
10   Phone:  702.382.5222
     Email:  srm@cwlawlv.com
11
     By:  Samuel R. Mirkovich, Esquire
12        For Defendants Zuffa, LLC and Dana White


13


14   HENSON EFRON
     225 South Sixth Street, Suite 1600
15   Minneapolis, Minnesota 55402
     Phone:  612.339.2500
16   Email:  dolsen@hensonefron.com

17   By:  David B. Olsen, Esquire
          For Defendant Brock Lesnar
18


19


20   ALSO PRESENT:

21   Isabelle Mercier, Esquire
     (Appearing via videoconference)
22
     Brian C. Stegeman, Esquire
23   (Appearing via videoconference)

24   Max Orenstein, Legal Videographer

25
```

Brock E. Lesnar                                                December 7, 2022

1    represent the UFC and Dana White in this case.
2        I just have a couple follow-up questions for you.
3                        EXAMINATION
4    BY MR. MIRKOVICH:
5    Q. You testified earlier about your training camp.  I
6       think that was in Alexandria, Minnesota; is that
7       correct?
8    A. Yes.
9    Q. It's about three hours from here in Minneapolis, right?
10   A. Correct.
11   Q. Who was it that trained with you?  I know you mentioned
12      it's kind of a private thing.  You don't like a lot of
13      people there.
14   A. Who were my training partners?
15   Q. No.  Who's involved in the camp?  Is it you and just a
16      couple other people?
17   A. Yeah.  Me, Marty Morgan.  Marty Morgan runs -- would
18      run my training camps.
19   Q. The UFC didn't have someone present with you to monitor
20      your training camp in Alexandria, did they?
21   A. No.
22   Q. You did not report to anyone at the UFC as to what you
23      were doing in your training camp?
24   A. No, sir.
25   Q. You didn't report to anyone at UFC about how you were

Brock E. Lesnar                                          December 7, 2022

```
 1       training or what your diet consisted of during your
 2       training camp, did you?
 3   A.  No, sir.
 4   Q.  And the same would hold true to Dana White.  You didn't
 5       report to him about your training camp, what you were
 6       doing, what you were consuming, right?
 7   A.  No.
 8   Q.  Similarly, no one at the UFC, including, but not
 9       limited to, Mr. White made any recommendations to you
10       about how you should train for UFC 200, did they?
11   A.  No.  It's not their job.
12   Q.  And they don't tell you how to train, what to eat, what
13       to consume, anything like that, correct?
14   A.  No.
15   Q.  Those are decisions made exclusively by you and those
16       that you train with, correct?
17   A.  Yes, sir.
18   Q.  Okay.  I'd like to talk to you now just a little bit
19       about the test results that have already come up.
20           You've stated numerous times already today that
21       you've never taken any banned substances, correct?
22   A.  Correct.
23   Q.  You've never admitted or said otherwise?  You've never
24       said that you've taken a banned substance, have you?
25   A.  That's correct.
```

1    Q. You've never told Dana White or anybody at the UFC that
2       you've taken a banned substance?
3    A. That's correct.
4    Q. You were tested a number of times prior to UFC 200.  My
5       understanding is that only the most recent last two
6       tests were the ones that had the adverse findings.
7          Is that your understanding?
8    A. Yes, which is very odd and puzzling to me.  I don't --
9       that's why I -- but I've had to just let it go.  So
10      it's -- it is what it is.
11   Q. Okay.  I think you've already covered this.  So I'll
12      try to be brief.
13         But did you ever think for a second that you would
14      test positive for a banned substance?
15   A. No.
16   Q. Did you ever anticipate that you would test positive
17      for a banned substance?
18   A. Say again?
19   Q. Did you ever anticipate that you would test positive?
20   A. No, no.  I -- no.  I -- I approached it as I approached
21      all of my other training camps.
22   Q. And, Mr. Lesnar, if you didn't expect or anticipate
23      that you would test positive for a banned substance, is
24      it fair to believe that the UFC and Dana White would
25      have never had any reason to expect or anticipate that

```
 1      you would test positive?
 2              MS. DENNING:  It calls for speculation,
 3      incomplete hypothetical.
 4   A. I don't think they would -- they would have hired me
 5      for the job.  You know what I mean?  They don't -- they
 6      want to put on clean, fair fights.  It's a -- it's a
 7      black flag to the company to do so.
 8   Q. (MR. MIRKOVICH)  The UFC and Mr. White never asked you
 9      to take a banned substance, did they?
10   A. No.
11   Q. They never encouraged you to take a banned substance,
12      did they?
13   A. No.
14   Q. And they never provided you with a banned substance,
15      did they?
16   A. Well, no.  I mean conspiracy, I don't know, but, or
17      sab- -- I mean, why would they want to sab- -- like, my
18      brain went to multiple different avenues when this
19      happened.  Maybe UFC and WWE.  This is how crazy it
20      was.
21         I thought that maybe they both wanted to devalue me
22      in some way, shape, or form because I used the two
23      companies together against one another to bid against
24      myself, or for them to bid against one another, for me
25      to benefit in the pocketbook.  So, no.
```

Brock E. Lesnar                                                December 7, 2022

```
 1   Q. Okay.  The UFC and Mr. White didn't enter into any
 2      type of agreement with you to engage in unlawful
 3      conduct, did they?
 4   A. No.
 5               MR. MIRKOVICH:  Nothing further.  Thank you,
 6      Mr. Lesnar.
 7               MS. DENNING:  I don't have anything else.
 8      Thank you.
 9               MR. OLSEN:  I have just a couple of
10      questions.
11                        EXAMINATION
12   BY MR. OLSEN:
13   Q. When you were being asked questions by Ms. Denning this
14      morning, the subject of Paul Heyman came up.
15          Do you recall talking about him?
16   A. Yes.
17   Q. When you perform as a professional wrestler in the
18      World Wrestling Entertainment, or WWE, you play a
19      character on television, correct?
20   A. Yes, sir.
21   Q. And your character's name is Brock Lesnar?
22   A. Same as my birth name.
23   Q. Also known as The Next Big Thing and The Beast Incarnate?
24   A. Yes.
25   Q. And like you, does Paul Heyman also play a character on
```

STATE OF MINNESOTA

                    CERTIFICATE

COUNTY OF CARVER

   I, Christine M. Clark, RPR, hereby certify that I reported the Video-Recorded Deposition of Brock E. Lesnar, on this 7th day of December 2022, and that the witness was by me first duly sworn to tell the truth and nothing but the truth concerning the matter in controversy aforesaid;

   That I was then and there a notary public in and for the County of Carver, State of Minnesota; that by virtue thereof I was duly authorized to administer an oath;

   That the foregoing transcript is a true and correct transcript of my stenographic notes in said matter, transcribed under my direction and control;

   That the cost of the original has been charged to the party who noticed the deposition and that all parties who ordered copies have been charged at the same rate for such copies;

   That the reading and signing of this deposition was not waived;

   That I am not related to any of the parties hereto, nor interested in the outcome of the action and have no contract with any parties, attorneys or persons with an interest in the action that has a substantial tendency to affect my impartiality;

   WITNESS MY HAND AND SEAL this 21st day of December 2022.

*(signature)*
_____
Christine M. Clark, RPR
Notary Public