*FILED UNDER SEAL*

# EXHIBIT 12
Drug Testing Reports and Correspondences from USADA

*FILED UNDER SEAL*