# **EXHIBIT 15**

Summary of USADA Records from mid-March 2016 through June 9, 2016

**USADA Records Summary**

| No. | Fighter | Sampe Date | Sample # | Sample Type | Bate(s) Range |
|---|---|---|---|---|---|
| 1 | Lesnar, Brock | 6/8/16 | 1586364 | Urine | USADA 000061; USADA 000074 |
| 2 | Lesnar, Brock | 6/15/16 | 1577670 | Urine | USADA 000101 |
| 3 | Lesnar, Brock | 6/15/16 | 3832789 | Blood | USADA 000101 |
| 4 | Lesnar, Brock | 6/15/16 | 3832791 | Blood | USADA 000101 |
| 5 | Lesnar, Brock | 6/16/16 | 1576436 | Urine | USADA 000121; USADA 000133 |
| 6 | Lesnar, Brock | 6/16/16 | 3832362 | Blood | USADA 000121; USADA 000133 |
| 7 | Lesnar, Brock | 6/28/16 | 1577940 | Urine | USADA 000311; USADA 000323 |
| 8 | Lesnar, Brock | 7/9/16 | 1587187 | | USADA 688 |
| 9 | Lesnar, Brock | 7/9/16 | 3833542 | Blood | USADA 000227 |
| 10 | Hunt, Mark | 3/20/16 | 3974884 | | USADA 805 |
| 11 | Hunt, Mark | 6/20/16 | 1580523 | Urine | USADA 000147 |
| 12 | Hunt, Mark | 7/9/16 | 3833530; 1587967 | Blood; Urine | USADA 000213; USADA000214 |
| 13 | Silva, Anderson | 4/6/16 | 1599894; 1699895; 1579663 | | USADA 000806 |
| 14 | Silva, Anderson | 7/9/16 | 1587207 | Urine | USADA 000302 |
| 15 | Tate, Miesha | 6/17/16 | 3833151; 1586782 | Blood; Urine | USADA 000139 |
| 16 | Tate, Miesha | 7/9/16 | 3833544; 1587201 | Blood; Urine | USADA 000303; USADA 000304 |
| 17 | Hendricks, Johnny | 6/8/16 | 1584492; 3833328 | Urine; Blood | USADA 000060 |
| 18 | Hendricks, Johnny | 6/21/16 | 1582068; 3832396 | Urine; Blood | USADA 000164 |
| 19 | Cormier, Daniel | 5/16/16 | 1583717; 3832904 | | USADA 000812 |
| 20 | Cormier, Daniel | 7/9/16 | 1587876 | Urine | USADA 000211 |
| 21 | Santos, Thiago | 4/20/16 | 1580154; 3833704 | Urine; Blood | USADA000807 |
| 22 | Santos, Thiago | 5/14/16 | 1583852 | Urine | USADA000811 |
| 23 | Santos, Thiago | 7/9/16 | 1587182 | Urine | USADA 000212 |
| 24 | Mousasi, Gegard | 5/27/16 | 6201479 | | USADA000813 |
| 25 | Mousasi, Gegard | 7/9/16 | 1587955 | Urine | USADA 000298 |
| 26 | Nunes, Amanda | 6/13/16 | 1582684; 3833729 | Urine; Blood | USADA 000087 |
| 27 | Nunes, Amanda | 7/9/16 | 1587959 | Urine | USADA 000300 |
| 28 | Velasquez, Cain | 6/10/16 | 1583722; 3832961 | Urine; Blood | USADA 000084 |
| 29 | Browne, Travis | 5/4/16 | 1585415 | Urine | USADA000809 |
| 30 | Dillashaw, TJ | 5/3/16 | 1585094; 3832726 | Urine; Blood | USADA000808 |
| 31 | Zingano, Cathilee | 5/12/16 | 1585017; 3833056 | | USADA000810 |

| 32 | Assuncao, Raphael | 6/3/16  | 1584741          | Urine        | USADA 000815 |
|----|-------------------|---------|------------------|--------------|--------------|
| 33 | Assuncao, Raphael | 6/25/16 | 1584731; 3832768 | Urine; Blood | USADA 000169 |
| 34 | Northcutt, Sage   | 6/18/16 | 1579953          |              | USADA 000140 |
| 35 | Miller, Jim       | 6/6/16  | 1583021          | Urine        | USADA 000040 |
| 36 | Aldo, Jose        | 6/8/16  | 1578809; 304709  | Urine; Blood | USADA 000059 |
| 37 | Pena, Julianna    | 6/11/16 | 1584766          | Urine        | USADA 000085 |
| 38 | Pena, Julianna    | 6/23/16 | 1585547          | Urine        | USADA 000168 |
| 39 | Edgar, Frank      | 6/13/16 | 1584255; 3832618 | Urine; Blood | USADA 000086 |
| 40 | Sanchez, Diego    | 6/22/16 | 1584593; 1584597 | Urine        | USADA 000167 |
| 41 | Gastelum, Kelvin  | 6/22/16 | 3833167; 1586787 | Blood; Urine | USADA 000165 |
| 42 | Gomi, Takanori    | 6/22/16 | 3719007          |              | USADA 000166 |
| 43 | Marin, Enrique    | 6/2/16  | 1586662          | Urine        | USADA000814  |