UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mark Hunt,<br><br>    Plaintiff<br>v.<br><br>Zuffa, LLC d/b/a Ultimate Fighting Championship, et al.,<br><br>    Defendants | Case No.: 2:17-cv-00085-JAD-VCF<br><br>**Order Granting Stipulation to Seal and Redact Information**<br><br>[ECF No. 249] |

On February 21, 2023, the parties filed a stipulation to seal plaintiff Mark Hunt's responses to Zuffa, LLC's (UFC) and Brock Lesnar's summary-judgment motions, noting that the responses inadvertently contained information that was deemed confidential under the terms of a promotional agreement between UFC and Lesnar.[1] The parties agree that the information is "non-public and deserving of protection under the 'compelling reasons' standards set forth in *Kamakana v. City and County of Honolulu*" and ask that the court seal the responses and allow Hunt to file public, redacted versions "to avoid sealing more than what is necessary."[2]

I have reviewed the parties' stipulation and find that they have provided compelling reasons to seal and redact Hunt's responses. Accordingly,

IT IS HEREBY ORDERED that **the Clerk of Court is directed to SEAL the main documents at ECF Nos. 242 and 243**. The exhibits associated with those documents should remain unsealed.

---

[1] ECF No. 249 at 1–2.

[2] *Id.* at 3.

IT IS FURTHER ORDERED that plaintiff Mark Hunt **must file redacted versions of his responses at ECF Nos. 242 and 243 within five days of this order**.

_____
U.S. District Judge Jennifer A. Dorsey
February 24, 2023