**ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC**
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 11526
1210 S. Valley View Blvd., Suite 215
Las Vegas, Nevada 89102
Telephone: 702.583.3326
Email: abrookhyser@zplaw.com
*Counsel for Plaintiff Mark Hunt*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK HUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00085-JAD-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME (FIRST REQUEST)**<br><br>ECF Nos. 265, 268 |

Pursuant to LR IA 6-1, Plaintiff Mark Hunt, through his undersigned counsel, and Defendant Zuffa, LLC, through its undersigned counsel, hereby stipulate that the deadline for Plaintiff's opposition to Zuffa, LLC's Motion for Attorney's Fees and Costs (Dkt. No. 265) currently due October 24, 2023, be extended to November 7, 2023.

**IT IS SO STIPULATED**

| | |
|---|---|
| **ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC**<br><br>*/s/ Amanda J. Brookhyser, Esq.*<br>AMANDA J. BROOKHYSER, ESQ.<br>Nevada Bar No. 11526<br>1210 Valley View Blvd., Suite 215<br>Las Vegas, Nevada 89102<br>Telephone: 702.583.3326<br>Email: abrookhyser@zplaw.com<br>*Counsel for Plaintiff Mark Hunt* | **CAMPBELL & WILLIAMS**<br><br>*/s/ J. Colby Williams, Esq.*<br>J. COLBY WILLIAMS<br>Nevada Bar No. 5549<br>710 S. Seventh Street<br>Las Vegas, Nevada 89101<br>Telephone: 702.382.5222<br>Email: jcw@cwlawlv.com<br>*Counsel for Defendant Zuffa, LLC* |

**ORDER**

Based on the parties' stipulation [ECF No. 268], IT IS ORDERED that **the deadline to respond to** Zuffa, LLC's Motion for Attorney's Fees and Costs **[ECF No. 265] is extended to November 7, 2023.**

Dated this 6th day of November 2023
*nunc pro tunc* to October 24, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

2