ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 11526
1210 S. Valley View Blvd., Suite 215
Las Vegas, Nevada 89102
Telephone: 702.583.3326
Email: abrookhyser@zplaw.com
*Counsel for Plaintiff Mark Hunt*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK HUNT, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP, a Nevada limited liability company; BROCK LESNAR, an individual; DANA WHITE, an individual, and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No. 2:17-cv-00085-JAD-VCF<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARK HUNT AND REQUEST FOR RELIEF PURSUANT TO LOCAL RULE IA 11-6 WITH INCORPORATED MEMORANDUM OF LAW; [PROPOSED] ORDER** |

**PLEASE TAKE NOTICE** the law firm of Zumpano Patricios Popok & Helsten, PLLC filed a Motion to Withdraw as Counsel of Record on December 21, 2023, and Defendants Zuffa, LLC d/b/a Ultimate Fighting Championship, Brock Lesnar and Dana White have not filed an opposition to Plaintiff's Motion to Withdraw as Counsel of Record.

Failure to oppose a motion may be construed as acquiescence to the merits.  ("Failure of the opposing party to serve and file his written opposition may be construed as an admission  that the motion is meritorious and a consent to granting the same.")  EDCR 2.20(e).

/ / / / /

1

The law firm of Zumpano Patricios Popok & Helsten, PLLC respectfully requests that its Motion to Withdraw as Counsel of Record for Plaintiff Mark Hunt be granted in its entirety.

DATED this 8th day of January 2024.

                                            ZUMPANO PATRICIOS
                                            POPOK & HELSTEN, PLLC

                                            /s/ *Amanda J. Brookhyser*
                                            AMANDA J. BROOKHYSER, ESQ.
                                            Nevada Bar No. 11526
                                            1210 Valley View Blvd., Suite 215
                                            Las Vegas, Nevada 89102
                                            Telephone: 702.583.3326
                                            Email: abrookhyser@zplaw.com
                                            *Counsel for Plaintiff Mark Hunt*

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw as Counsel of Record for Plaintiff Mark Hunt is hereby **GRANTED**.

                                            _____
                                            UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of ZUMPANO PATRICIOS POPOK & HELSTEN, PLLC, and that on January 8th, 2024, I caused the forgoing document **NOTICE OF NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF MARK HUNT AND REQUEST FOR RELIEF PURSUANT TO LOCAL RULE IA 11-6 WITH INCORPORATED MEMORANDUM OF LAW; [PROPOSED] ORDER** to be served through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter and to the following via email and postal service:

Mark Hunt
Kingslaine1@gmail.com
 9 Davy Court, Harrington Park
Sydney, Australia 2567

/s/   *Michelle Wade*
An Employee of ZUMPANO PATRICIOS
POPOK & HELSTEN, PLLC

3